IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

LEON VINCENT CALLOWAY,
    Plaintiff,                             Civil Action No. 7:19-cv-00004

v.                                            **ORDER**

HERBERT E. TAYLOR, et al,          By:  Pamela Meade Sargent
    Defendant(s),                          United States Magistrate Judge

    Plaintiff instituted this civil action and it has come to the attention of the court that plaintiff has been released from incarceration.  Inasmuch as plaintiff is no longer an inmate, plaintiff is no longer subject to the provisions of the Prison Litigation Reform Act, which allowed plaintiff to pay the $350.00 filing fee via installments.  Finding good cause, it is hereby

**ORDERED**

that plaintiff is assessed the $350.00 filing fee and the applicable $50.00 administrative fee and is directed to pay this $400.00 total in full or otherwise respond to this Order within ten (10) days of this Order's entry, and plaintiff shall maintain an address of record where plaintiff will receive the court's orders.  Failure to pay the fee in full or otherwise respond to this Order within the time allowed and to maintain an address of record shall result in the immediate dismissal of this action without prejudice.  All pleadings should be mailed to: Clerk, U.S. District Court, 210 Franklin Road, S.W., Suite 540, Roanoke, VA 24011-2208.

    The Clerk is directed to send a certified copy of this Order to the parties.

    ENTER: This 31st  day of January, 2019.

                                                        /s/ Pamela Meade Sargent
                                                        United States Magistrate Judge