CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 14 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| LEON VINCENT CALLOWAY,<br>Plaintiff, | Civil Action No. 7:19-cv00004 |
| v. | **MEMORANDUM OPINION** |
| HERBERT E. TAYLOR, et al,<br>Defendant(s), | By: Glen E. Conrad<br>Senior United States District Judge |

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered January 31, 2019, the court directed plaintiff to submit within 10 days from the date of the Order the full filing fee of $400.00 or otherwise respond, inasmuch as plaintiff is no longer incarcerated and is no longer subject to the provisions of the Prisoner Litigation Reform Act which would have allowed plaintiff to pay the filing fee via installments. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 14th day of February, 2019.

/s/ Glen E. Conrad
Senior United States District Judge